1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. JONES,

        Plaintiff,

        v.

CITY AND COUNTY OF SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,

        Defendant.

NO. C04-01002 TEH

ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

16
17
18
19
20
21
22

        Plaintiff's counsel, Dorothy D. Guillory, filed a motion to withdraw from this case on March 9, 2005. Plaintiff's counsel supports her motion with a declaration, in which she explains her difficulties with plaintiff. The Court also has held a lengthy *in camera* discussion with plaintiff's counsel and plaintiff. It has become apparent to the Court that plaintiff's counsel has good cause for her motion. Because this litigation is ongoing, the Court will keep the reasons for this determination in confidence so as not to prejudice plaintiff's case.

23
24
25
26

        The only exception to this ruling is that plaintiff's counsel is instructed to deliver a copy of the Order to Show Cause, which is being entered concurrently with the present Order, to plaintiff. Counsel should execute delivery by hand or, if that fails, by certified mail with return receipt. Proof of service shall be filed with the Court.

27

        Accordingly, with good cause appearing, plaintiff's counsel's motion to withdraw is

28

-1-

1 | granted, with the single limited exception of her service of the OSC upon plaintiff as
2 | discussed above.

4 | IT IS SO ORDERED.

6 | DATED   6/2/2005                              /s/
                                        THELTON E. HENDERSON
                                        UNITED STATES DISTRICT JUDGE