1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
3 | LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 5th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3933
6 | Facsimile:      (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
MUNICIPAL TRANSPORTATION AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL R. JONES, | Case No. C-04-01002-TEH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

   Plaintiff's attorney Michel Willey has informed the court that Plaintiff Michael Jones died in early September.  Mr. Willey has been unable to ascertain the identity of Mr. Jones' next of kin or other legal representative relating to the disposition of this matter, to the extent any of Mr. Jones' claims in this action might survive his death.  Mr. Willey has determined that no further efforts in this regard would be fruitful, and that he would not continue to prosecute this action even if heirs were identified.

ORDER - 04-01002-TEH                                              1                              N:\LABOR\LI2004\040849\00321060.DOC

1       Accordingly, the Court finds that good cause exists to dismiss Plaintiff's Complaint, and
2 each claim for relief contained therein.
3       IT IS SO ORDERED.
4 Dated:   12/08/05

By: _____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE